UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
AUG 10 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

10-mc-69-WDS

| | |
|---|---|
| DONALD BROWN, et al., | ) |
| Plaintiffs, | ) |
| Vs. | ) Case No. 4:09CV1130 RWS |
| CAPITAL RESTORATION & PAINTING CO., | ) |
| Defendant. | ) |

### JUDGMENT

In accordance with the Memorandum and Order entered this same date and the Memorandum and Order entered on July 1, 2010,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs shall have summary judgment against defendants on their complaint in the amount of $129,876.84, consisting of $72,024.08 in delinquent contributions and $24,406.94 in liquidated damages for the period of January 1, 2007 through December 31, 2008, $21,009.34 in delinquent contributions and $2,858.18 in liquidated damages for the period of January 1, 2009 through December 21, 2009, $4,993.30 in accounting costs, $3,960.50 in attorneys' fees and $624.50 in court costs.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of July, 2010.

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: Deborah Tully
DEPUTY CLERK